**Appeal Dismissed and Memorandum Opinion filed December 29, 2015.**



**In The**

# 𝔉ourteenth 𝔆ourt of 𝔄ppeals

### NO. 14-15-00809-CR

**RUDY  DICKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No 2
Galveston County, Texas
Trial Court Cause No. MD-356127**

## M E M O R A N D U M    O P I N I O N

A jury convicted appellant of assault of a family member causing bodily injury. The trial court sentenced appellant to confinement for 180 days in the Galveston County jail and assessed a fine of $1,000. Appellant filed his notice of appeal on September 17, 2015.

On November 20, 2015, this court ordered a hearing to determine why appellant had not filed the clerk's or reporter's records in this appeal. On December 8, 2015, the trial court conducted the hearing, and the court's findings were filed in this court on

December 17, 2015.

At the hearing, appellant's appointed attorney, James Bennett, and the State's attorney appeared, but appellant failed to appear. Bennett stated that jail officials told him appellant had served his sentence and had been released from jail. Bennett also informed the court he was unable to locate appellant, the most recent phone number for appellant had been disconnected, and a voice message left on an old telephone number was not returned. The trial court concluded "that appellant no longer desires to pursue his appeal."

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the finding of the trial court that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Jamison, Donovan, and Brown.